# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Lisa Reingold, individually and on behalf of all others similarly situated, | Case No. 8:23-cv-00058-JWH-DFM |
| Plaintiff, | Hon. John W. Holcomb |
| - against - | |
| Hopper (USA), Inc., | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 15, 2023

Respectfully submitted,

/s/ Kyle Gurwell
Kyle Gurwell (SBN 289298)
**LAW OFFICE OF KYLE GURWELL**
7755 Center Ave Ste 1100
Huntington Beach CA 92647
(714) 372-2245
kng@lawofficekg.com

**Notice of Dismissal**